Richard MORRISON, Petitioner–Appellant,

v.

Paul LAIRD, Respondent–Appellee.

No. 05–13605
Non–Argument Calendar.
D.C. Docket No. 03–00381–CV–OC–10–GRJ.

United States Court of Appeals,
Eleventh Circuit.

Dec. 30, 2005.

Richard Morrison, Miami, FL, pro se.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Respondent–Appellee.

Before TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

The district court, on June 14, 2005, dismissed with prejudice petitioner's 28 U.S.C. § 2241 petition for a writ of habeas corpus. Record, Vol. 2 at Tab 32. The court dismissed the petition because it "simply reassert[ed] an argument that was raised and rejected on direct appeal and in [petitioner's] subsequent [28 U.S.C.] § 2255 and other collateral proceedings." *Id.*

Petitioner now appeals the court's decision. We find no merit in his petition for

the reasons stated in the district court's June 14 order.

AFFIRMED.